IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FREDERIC S. BREIDENBACH, :

    Plaintiff,

  v. : Case No. 3:92-cv-00184

I.B.E.W. LOCAL NO. 82, et al., : JUDGE WALTER H. RICE

    Defendants. :

---

DECISION AND ENTRY OVERRULING AS MOOT PLAINTIFF'S
MOTION TO CONTINUE TELEPHONE CONFERENCE (DOC. #163)

---

Before the Court is Plaintiff's Motion to Continue Telephone Conference, Doc. #163. Because Plaintiff has filed a Notice of Withdrawal of its Motion to Continue, Doc. #164, the Court OVERRULES as moot Defendant's Motion to Continue Telephone Conference, Doc. #163.

Date: September 17, 2020

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE