IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **FREDERICK S. BREIDENBACH et al** | : | **CASE NO: 3:92-CV-00184** |
| **PLAINTIFFS** | : | **(JUDGE RICE)** |
| -VS- | | |
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 82 JOINT PENSION FUND, et al.** | : | **ENTRY APPROVING SUBSTITUTION OF COUNSEL** |
| **DEFENDANTS** | | |

For good cause shown, the Motion for Substitution of Counsel is hereby granted whereby John R. Doll is substituted for Jeffrey R. McQuiston as counsel for Defendant Former Trustees of IBEW Local No. 82.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge Walter H. Rice

/s/Jeffrey R. McQuiston
Jeffrey R. McQuiston  (#0027605)
Prior Counsel for Defendant Former Trustees of
IBEW Local 82
130 W. Second Street, Ste. 1818
Dayton, OH 45402
(937) 226-1212
(937) 226-1224 Fax

<u>Per telephone authorization of 9/10/2021</u>

John R. Doll (0020529))
Counsel for Defendant Former Trustees of
IBEW Local 82
111 W. First St., Ste. 1100
Dayton, OH 45402
(937) 461-5310
(937) 461-7219 Fax
jdoll@djflawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the date of filing herein, I electronically filed the foregoing with the Clerk of Court, by way of the CM/ECF system which will send notification to all parties of record.

<u>/s/Jeffrey R. McQuiston</u>
Jeffrey R. McQuiston